UNITED STATES DISTRICT COURTS
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ARNINDER SINGH<br>a/k/a<br>Kuldip Singh | CR. NO. 05-115-01-M |

**ORDER FOR DISCLOSURE OF ELECTRONIC
COMMUNICATION SERVICE AND REMOTE
COMPUTING SERVICE RECORDS PURSUANT TO 18 U.S.C. § 2703(d)**

This matter having come before the Court pursuant to an application under Title 18, United States Code, Section 2703(d) by Assistant United States Attorney Mark Zuckerman, an attorney for the Government, requesting an order under Title 18, United States Code, Section 2703(d) directing Yahoo!, Inc., to provide certain electronic communication service and remote computing service records; the Court finds that the applicant has certified that the information sought is relevant and material to a legitimate law enforcement inquiry, that is, to locate a fugitive from justice who is wanted in connection with possible violation of Title 18, United States Code, Section 3146 (a)(1).

IT APPEARING that the information sought is relevant and material to a legitimate law enforcement inquiry, and that disclosure to any person of this investigation or this application and order entered in connection therewith would seriously jeopardize the investigation;

IT IS ORDERED pursuant to Title 18, United States Code, Section 2703(d) that

Yahoo!, Inc. will, forthwith, furnish agents of the United States Marshals Service with the following for the time period June 1, 2005, until the date of service of this Order:

- A. Transactional and subscription records pertaining to Rupinder Hayre, or rupinderhayre@yahoo.com., including:
    1. Connection time and date;
    2. Disconnect time and date;
    3. Method of connection (e.g., telnet, ftp, http);
    4. Data transfer volume (e.g., bytes);
    5. The subscriber account associated with the connection.
- B. Subscriber information including:
    1. The subscriber's name;
    2. The subscriber's address;
    3. The subscriber's telephone number;
    4. The subscriber's e-mail address;
    5. Any other information pertaining to the identity of the subscriber, including, but not limited to, date of birth, social security number, driver's license, billing information (including type and number of credit cards or bank accounts).
    6. Any other record or information pertaining to the subscriber account, including length of account activation, type of service, special requested services, records of contacts between the subscriber and

Yahoo!, Inc.

IT IS FURTHER ORDERED that this order and the application be sealed until otherwise ordered by the Court.

| | |
|---|---|
| October 28, 2005 | /s/ Steven J. McAuliffe |
| Date | Steven J. McAuliffe<br>United States District Judge |